IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOE EDDIE WILSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6131

Opinion filed July 14, 2015.

An appeal from the Circuit Court for Levy County.
Stanley H. Griffis, III, Judge.

Nancy A. Daniels, Public Defender, and Matthew D. Ream, Assistant Public Defender, Crawfordville, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Joe Eddie Wilson appeals his conviction for driving while his license was canceled, suspended, or revoked with two or more previous convictions for the same offense in violation of section 322.34(2)(c), Florida Statutes (2012). He was sentenced to four years in prison after a jury trial where he had proceeded pro se.

He argues on appeal, with the assistance of public counsel, that the trial court did not conduct an adequate inquiry into whether his waiver of the right to

counsel was knowing and intelligent. Fla. R. Crim. P. 3.111(d); <u>Faretta v. California</u>, 422 U.S. 806 (1975). We agree. As the State properly concedes, Appellant is entitled to a new trial. <u>See e.g.</u>, <u>Brown v. State</u>, 971 So. 2d 270 (Fla. 1st DCA 2008). Accordingly, we REVERSE Appellant's conviction and sentence and REMAND for a new trial.

ROWE, RAY, and OSTERHAUS, JJ., CONCUR.